UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CITIBANK, N.A., AS TRUSTEE FOR THE  )
BENEFIT OF SWDNSI TRUST SERIES      )
2010-3,                             )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   Case No. 14-13593
                                    )
RENEE ANNA NAJDA a/k/a RENEE NAJDA, )
ANDREW NAJDA and ANY and ALL        )
OCCUPANTS,                          )
                                    )
        Defendants.                 )
_____)

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Citibank, N.A., as Trustee for the Benefit of SWDNSI Trust Series 2010-3, files its corporate disclosure statement. Plaintiff is a Trust. Citibank, N.A. is the Trustee of that Trust. Citibank, N.A.'s parent corporation is Citicorp Holdings, Inc. Citicorp Holdings, Inc. owns 100% of the stock of Citibank, N.A. The parent company of Citicorp Holdings, Inc. is Citigroup Inc. Citigroup Inc. owns 100% of the stock of Citicorp Holdings, Inc.

Respectfully submitted,
Citibank, N.A., as Trustee for the Benefit of
SWDNSI Trust Series 2010-3,
By its attorneys,

*/s/ Kevin P. Polansky*
David E. Fialkow (BBO# 666192)
David.fialkow@nelsonmullins.com
Kevin P. Polansky (BBO# 667229)
Kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Sq.
617-573-4700

Dated: September 9, 2014