UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-13593-GAO

CITIBANK, N.A. as Trustee for the Benefit of SWDNSI TRUST SERIES 2010-3,
Plaintiff,

v.

RENEE ANNA NAJDA a/k/a RENEE NAJDA, ANDREW NAJDA, and
ANY and ALL OCCUPANTS,
Defendants and Counterclaimants,

v.

CITIBANK, N.A. as Trustee for the Benefit of SWDNSI TRUST SERIES 2010-3,
PENNYMAC, CORP., SPECIALIZED LOAN SERVICING, LLC,
and CITIMORTGAGE, INC.,
Counterclaim Defendants.

ORDER
February 9, 2016

O'TOOLE, D.J.

Citibank, N.A.'s Motion for Reconsideration (dkt. no. 90) seeking leave to amend the Complaint is GRANTED. Substituting Christiana Trust for Citibank after a post-filing transfer in interest does not destroy diversity of citizenship. Freeport-McMoRan, Inc. v. K N Energy, Inc., 498 U.S. 426, 428 (1991) (per curiam). Christiana Trust is diverse as to the defendants, Renee and Andrew Najda. Additionally, Santander is a nominal party here. See Navarro Savs. Ass'n v. Lee, 446 U.S. 458, 461 (1980).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge