# EXHIBIT B

SLS/Najda0958

101713 CIT 000000  T:04772  035 letter sent for review

101713 CIT 000000  T:04668  035 letter reviewed

101713 CIT 000000  T:04668  035 DONE 10/17/13 BY TLR 04668

    TSK TYP 299-RESPONSE LETTER

101713 CIT 000000  T:04772  034 Response to Customer -letter sent denial

    confirmed advised borrower review period has

101713 CIT 000000  T:04772  expired enclosed financial package borrower

    still want a modification spoc info given

101713 CIT 000000  T:04772  034 DONE 10/17/13 BY TLR 04772

    TSK TYP 636-LOAN MOD REQUES

101813 NT  000000  T:04928  Mailed GL 5.20 for QWR received 10/17/2013.

102413 CIT 000000  T:11501  036 Please verify who has possession of the note.

    When complete email brandy.stadler@sls.net

    Thank you!

102513 CIT 000000  T:02357  036 ordered.

102913 NT  000000  T:01984  Property Inspection Ordered

110413 DM  000000  T:00000  00:00 BT

    EARLY IND: SCORE 161 MODEL EIFRC

110613 CIT 000000  T:02357  036 The original note, stamped endorsed to Blank,

    is in the collateral file held by the

    custodian.

110613 CIT 000000  T:02357  036 DONE 11/06/13 BY TLR 02357

    TSK TYP 808-NOTE POSSESSION

111513 CIT 000000  T:13441  037 Dispute Received Dispute received via mail.

MES PRD 2197