# EXHIBIT C

| | | | | |
|---|---|---|---|---|
| **Notes For Loan Number:** ▓▓▓ | | | **Borrower: ANDREW NAJDA** | **Page: 53** |
| 02/10/15 | Filter: ALL NOTES | | | |

| Date Enter | Time | Subject | Input By | Order | Comment |
|---|---|---|---|---|---|
| 07/29/09 | | | | | developments self employed said pending contracts soon -asked reason asking reduction in income investing into. Customer was asking for an extenion for 30 days now advisd just extended 4/09 has made 1 paymnt sense last extension... mr dont have $ to make payemnts wants keep credit score trying to get home equity line new loan to help bring current. to Aford paymnts. while trying to grow his buisness. |
| | 09:43 | Loss Mit | Deric Mclaughli | | eru ic mr advsied status of account turn down said wants allen. |
| | 09:29 | Loss Mit | Christopher And | | ERU*** recvd mssg to call customer, called home# lady advs call ▓▓▓ called and got n/a...Andrews x52148 |
| 07/27/09 | 13:40 | Loss Mit | Christopher And | | ERU*** tt mr @ home# wants a 6 month stay of payments, loan is risk-owned, no moratoriums allowed. Extension already granted. No mod programs available. Nothing can do for customer, advs him. Term call...Andrews x52148 |
| 07/24/09 | 14:16 | | Steven Hanson | | HAT<br>Received assistance call from James in Collections. Advised of mini-miranda. James called regarding the email that was sent to the Team Lead in HAT earlier today. Advised James that Team Lead does not work on Fridays and that it could take him until Wednesday to make contact with the client. |
| | 08:14 | Loss Mit | Sharon Huestis | | Emailed Hunter Shriver the following:<br><br>Holly McDonald emailed you a request for a moratorium on this account or extension. The borrower would like to know it it has been approved. Please contact Andrew Nadja at ▓▓▓ ASAP. He needs to know if this will be approved by the end of the month otherwise it will hit the credit score as deliq and make refinancing much more difficult. |
| 07/21/09 | 13:04 | Loss Mit | Holly McDonald | | Brw called and we are forwarding a Moritorium to a supervisor.<br><br>Best contact Info: ▓▓▓ Home Office. |
| | 10:43 | Loss Mit | Debree Gerren-H | | ic-vfdinfo-mm-vfdph#-Cust called to get an extension but the reason for delq has not been resolved. He asked to speak with a manager. Trf to manager. |