# EXHIBIT D

```
Notes For Loan Number: [REDACTED]        Borrower: ANDREW NAJDA                    Page: 52
02/10/15      Filter: ALL NOTES
```

| Date Enter | Time | Subject | Input By | Order | Comment |
|---|---|---|---|---|---|
| 10/07/09 | | | | | let me know your thoughts-before we make any calls out. Thanks |
| | | | | | CBNA loan |
| | | | | | Paid to 06/01/09 |
| | | | | | Strat 2 |
| | | | | | Thanks |
| | | | | | Abbie Frintrup |
| | | | | | CitiMortgage, Inc. |
| | | | | | Executive Response Unit |
| | | | | | Telephone: 636-261-4165 |
| | | | | | Fax: 636-261-7178 |
| | 09:54 | | Annette Garcia | | Lm Counselor changed from LM Pkg Review to Annette Garcia by Annette Garcia |
| 09/10/09 | 10:25 | Loss Mit | Jean Baker | | Client Andrew cld about loss mitt options-vfd by SJ03925. Advsd no loss mit options for this client.Client says has new client with 20,000 in income starting in Oct.Also home is for sale. |
| 07/29/09 | 10:34 | Loss Mit | Matthew Johnson | | ERU****Matthew |
| | | | | | Received escalated call from Deric, borrower requesting assistance for the loan, borrower trying to obtain an equity credit line. Borrower had a previous payment extension in April 2009 for 2 months, borrower has only made 1 payment and is now due for July 2009. Borrower states is going to sell the property and will be on the market as of September 2009, borr states is trying to refi and trying to get equity out of property, is self employed is looking for assistance until is able to obtain the revue in business with the quity from his property. Advised borrower that the request to offer a payment extension already offered extension previously and only made 1 payment, borrower does not want a modification, wants to be able to refi and take equity or obtain equity line. Wanted to know if this office had any influence to get the loan refinanced, advised Mr. Najda that we are not able to offer any assistance today, advised previous assistance for an extension was offered, and cannot influence the refi dept to approve a refi of the loan as they have to follow the FDIC guidlines. Advised that if he does not make payments on the property that the property will eventually go to f/c and possibly f/c sale if he does not make payments. No other questions, call ended. |
| | 10:17 | Loss Mit | Deric Mclaughli | | eru transfered to Mathew |
| | 10:08 | Loss Mit | Deric Mclaughli | | eru customer does not want a modification. |
| | 09:57 | Loss Mit | Deric Mclaughli | | advsiesd does not qlfy for extension at this time. |
| | 09:56 | Loss Mit | Deric Mclaughli | | eru custoemr said home up for sale and refinancing now.. mr said has 2 companies |

CMI/Najda 204