# EXHIBIT F

| | | | | |
|---|---|---|---|---|
| 02/10/15 | **Notes For Loan Number:** ▓▓▓ *Filter: ALL NOTES* | | **Borrower: ANDREW NAJDA** | Page: 16 |

| Date Enter Time | Subject | Input By | Order | Comment |
|---|---|---|---|---|
| 03/31/11 | | | | "Received in error". |

Thank you,

JJ Walker, Default Processor III
Default Research & Litigation
CitiMortgage
O'Fallon, MO

Direct: (636)261-7429
Fax: (636)898-5166
jj.walker@citi.com

-----Original Message-----
From: Fehl, Angie [GCG-NAOT]
Sent: Thursday, March 31, 2011 12:02 PM
To: Walker, Jj [GCG-NAOT]
Subject: FW: Info for loan ▓▓▓
Importance: High

JJ-

Please review and advise Rochelle of the below.

Thanks
Angie

-----Original Message-----
From: Smith, Rochelle M [GCG-NAOT]
Sent: Thursday, March 31, 2011 8:52 AM
To: Fehl, Angie [GCG-NAOT]
Subject: Info for loan ▓▓▓
Importance: High

Angie,

This loan is being Serviced Released to SLS for PennyMac, below are questions they are asking. Can you assist, as I do not see any recent images on filenet?

Loan # ▓▓▓ shows it's in litigation due to a contested FCL, and the close date is in the future as well as the close reason is blank. Please provide the back up docs, and why the FCL is being contested.

CMI/Najda 168