# EXHIBIT G

```
Page: 31 Document Name: untitled

DLSO0142      DLSM142          CONSOLIDATED NOTE SCREEN              02/10/15    14:09
              2009-10 FCL Populati
LOAN #:              8  CUSTOMER: ANDREW NAJDA                       TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D  (F=FIN,D=DM,B=BOTH,E=ESC,P=PRE)
START DATE: 02/10/15   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 28118/00000              BLK: 001/000        UNAP:         0.00  CD:
PDTO: 12/01/10 PBAL:         0.00 EBAL:         0.00 WARN: 0 LOCK: 1 STOP: 00
I-YTD:        0.00                                 TIED:
 DATE  TRAN PDTO    TRAN AMT       PRIN        INT       ESC      L/C    OT-AMT
033011 SYS    90  01/30/11         11878.06         FORBEARANCE
033011 SYS    90  CATEGORY:   1                02/28/11
033011 SYS    90  11878.06     START DTE END DTE
033011 SYS    90  PAGE                      03/30/11
033011 SYS    90  11878.06      10/26/10    03/30/12
033011 SYS    90  001                        04/30/11
033011 SYS    90  11878.06
033011 SYS    90  05/30/11         11878.06         # MO BEFORE
033011 SYS    90  CANCEL:  000                  06/30/11
033011 SYS    90  11878.06                    FNMA
033011 SYS    90  HSF:                         07/30/11

                  PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                              NEXT ACTION:
DLSO0142      DLSM142          CONSOLIDATED NOTE SCREEN              02/10/15    14:09
              2009-10 FCL Populati
LOAN #:              8  CUSTOMER: ANDREW NAJDA                       TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D  (F=FIN,D=DM,B=BOTH,E=ESC,P=PRE)
START DATE: 02/10/15   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 28118/00000              BLK: 001/000        UNAP:         0.00  CD:
PDTO: 12/01/10 PBAL:         0.00 EBAL:         0.00 WARN: 0 LOCK: 1 STOP: 00
I-YTD:        0.00                                 TIED:
 DATE  TRAN PDTO    TRAN AMT       PRIN        INT       ESC      L/C    OT-AMT
033011 SYS    90  11878.06
033011 SYS    90  08/30/11
033011 SYS    90  11878.06
033011 SYS    90  09/30/11
033011 SYS    90  11878.06
033011 SYS    90  10/30/11         11878.06
033011 SYS    90  15:32 PAID TO DATE:09/01/10  UNPAID PRINCIPAL
033011 SYS    90  BALANCE:3449591.07  UNAPPLIED FUNDS:27296.30
033011 SYS    90  COUNSELOR CODE:S35
033011 COL 27117  11:33 INCOMING CALL - CONTACT STATUS = "Y"
033011 INV  2201  SERVICE RELEASE TO SLS FOR PENNYMAC ON 4/14/2011.

                  PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                              NEXT ACTION:


Date: 2/10/2015 Time: 2:14:44 PM
```

CMI/Najda 236