# EXHIBIT H

```
Page: 22 Document Name: untitled

DLSO0142      DLSM142         CONSOLIDATED NOTE SCREEN              02/10/15   14:09
                 2009-10 FCL Populati
LOAN #:             8  CUSTOMER: ANDREW NAJDA                    TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FIN,D=DM,B=BOTH,E=ESC,P=PRE)
START DATE: 02/10/15   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 28118/00000            BLK: 001/000         UNAP:         0.00  CD:
PDTO: 12/01/10 PBAL:        0.00 EBAL:           0.00 WARN: 0 LOCK: 1 STOP: 00
I-YTD:        0.00                               TIED:
 DATE  TRAN PDTO     TRAN AMT       PRIN         INT         ESC      L/C   OT-AMT
042711 SYS    90  21:30 CLOSED DUE TO SERVICE TRANSFER  ACTION TAKEN
042711 SYS    90  21:30 CLOSED  NEXT F/U DATE:
042111 INV  2201  WL16 - SLS FOR PENNYMAC - ANY TAX/INSURANCE
042111 INV  2201  REFUND CHECK SHOULD BE FORWARDED TO JAX
042111 INV  2201  INSURANCE AT CITIMORTGAGE, INC. 14000 CITICARD
042111 INV  2201  WAY, BUILEDING B, 2/F JACKSONVILLE, FL 32258. THE
042111 INV  2201  NEGATIVE ESCROW BALANCE DID NOT TRANSFER TO THE
042111 INV  2201  NEW SERVICER.
041911 COL 35927  10:47 PLAN DELETED-TYP:F  MTHS:17 CD:U DT:04/19/11
041911 COL 35927  10:47  MTHLY   DUE 11/30/10 - 02/29/12    $11878.06
041911 COL 35927  10:47  FINAL   DUE 03/30/12               $11878.14

                  PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                              NEXT ACTION:

DLSO0142      DLSM142         CONSOLIDATED NOTE SCREEN              02/10/15   14:09
                 2009-10 FCL Populati
LOAN #:             8  CUSTOMER: ANDREW NAJDA                    TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FIN,D=DM,B=BOTH,E=ESC,P=PRE)
START DATE: 02/10/15   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 28118/00000            BLK: 001/000         UNAP:         0.00  CD:
PDTO: 12/01/10 PBAL:        0.00 EBAL:           0.00 WARN: 0 LOCK: 1 STOP: 00
I-YTD:        0.00                               TIED:
 DATE  TRAN PDTO     TRAN AMT       PRIN         INT         ESC      L/C   OT-AMT
041511 SYS    90  LOAN SERVICING, LLC.  PLEASE BE ADVISED THAT THE
041511 SYS    90  TRANSFER HAS TAKEN PLACE.  THE NEW SERVICER WILL
041511 SYS    90  BE CONTACTING YOU SOON.   THANK YOU,
041511 SYS    90  CITIMORTGAGE  SERVICE RELEASE TEAM
041511 SYS    90  14:49   04/15/11 STAT: F/C REFERRAL TO LEGAL COUNS
041511 SYS    90  14:49 20110415    END    OH=FOREBEARANCE
041511 SYS    90  14:49 20110415 CC=SERVICE TRANSF
041511 SYS    90  14:49 20110415 MS=F/C PROCESS COMPLETE
041511 SYS    90  14:49 20110415 MS=FILE CLOSED
041511 SYS    90  14:49 20110415 180272 CH=F/C PROCESS COMPLETE
041511 SYS    90  14:49 20110415 180272 CH=FILE CLOSED

                  PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                              NEXT ACTION:


Date: 2/10/2015 Time: 2:14:44 PM
```