# EXHIBIT N

EX-21.1 7 d839354dex211.htm EX-21.1

**Exhibit 21.1**

# LIST OF PENNYMAC MORTGAGE INVESTMENT TRUST ENTITIES

## as of December 31, 2014

| Entity | Entity Type | State of Incorporation |
| --- | --- | --- |
| PC REO Trust | Statutory trust | Delaware |
| PCNPL Trust | Statutory trust | Delaware |
| PennyMac Corp. | Corporation | Delaware |
| PennyMac GP OP, Inc. | Corporation | Delaware |
| PennyMac Holdings, LLC | Limited liability company | Delaware |
| PennyMac Operating Partnership, L.P. | Limited partnership | Delaware |
| PennyMac Securities Holding, LLC | Limited liability company | Delaware |
| PMC REO Financing Trust | Statutory trust | Delaware |
| PMT Funding, LLC | Limited liability company | Delaware |
| PMT Insurance, LLC | Limited liability company | Missouri |
| PMT NPL Financing 2014-1 | Statutory trust | Delaware |
| PMT NPL Financing, LLC | Limited liability company | Delaware |
| SWDNSI Trust Series 2010-3 | Statutory trust | Delaware |
| SWDNSI Trust Series 2010-4 | Statutory trust | Delaware |
| TRS REO Finance, LLC | Limited liability company | Delaware |
| TRS REO Trust 1-A | Statutory trust | Delaware |
| TRS REO Trust 2-B | Statutory trust | Delaware |