# EXHIBIT V

Delaware.gov | Text Only                                           Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy   Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5786732 | Incorporation Date / Formation Date: | 07/16/2015 (mm/dd/yyyy) |
| Entity Name: | PMT NPL FINANCING 2015-1 | | |
| Entity Kind: | STATUTORY TRUST | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CITICORP TRUST DELAWARE, NATIONAL ASSOCIATION |
| Address: | 20 MONTCHANIN ROAD, SUITE 180 |
| City: | GREENVILLE |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19807 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status   ○ Status, Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map   |   about this site   |   contact us   |   translate   |   delaware.gov