# EXHIBIT C



Doing business as Planet Home Servicing in the state of New York

May 18, 2018

Andrew Najda
Renee A. Najda
71 Flint Road
Concord, MA 01742

      RE:    Planet Home Lending Mortgage Loan No.: ☐ (the "Loan")
              Borrower(s):  Andrew Najda and Renee A. Najda
              Property Address:  71 Flint Road, Concord, MA 01742

Dear Andrew Najda and Renee A. Najda:
On May 15, 2018, Planet Home Lending, L.L.C., doing business as Planet Home Servicing in the state of NY ("Planet") received your letter requesting 'the name of the company holding the note'.

Planet is unable to provide information that you requested because the information is proprietary, and confidential, and not required to be provided.

I trust that the information provided addresses your questions and concerns.  Planet deems your request closed.  Should we be able to provide any additional information, please contact our Customer Service Department at 1-866-882-8187, between the hours of 8:30am and 9:00pm, Monday through Friday, Eastern Time.

Sincerely,

*Iveliss Best*

Iveliss Best
Call Center Director


ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:
This document is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this letter constitutes neither a demand for payment nor a notice of

321 Research Parkway, Suite 303, Meriden, CT 06450 • Phone (866) 882-8187 • Fax (203) 238-1050
cs@myloansupport.com



Doing business as Planet Home Servicing in the state of New York

personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the U.S. Bankruptcy Code. Creditor retains its rights under its security instrument, including the right to foreclose its lien, and to send ordinary course of business communications pursuant to 11 USC 524(j).

Military Servicemembers and Dependents: The Servicemembers Civil Relief Act ("SCRA") and certain state laws provide important protections or benefits for eligible Servicemembers and their dependents, including protection from foreclosure during and after active duty, pursuant to governing law. Planet Home Lending, will comply with the SCRA for eligible Servicemembers and dependents, unless it receives a court order or a written waiver from the Servicemember.

Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

321 Research Parkway, Suite 303, Meriden, CT 06450 • Phone (866) 882-8187 • Fax (203) 238-1050
cs@myloansupport.com