# EXHIBIT E



**Litigation Associate**
Luce, Forward, Hamilton & Scripps LLP
1995 – 1997 · 2 yrs
Los Angeles

Show 3 more experiences

## Education



**Hastings College of the Law**
J.D.
1991 – 1994



**UCLA**
Bachelor of Arts, Economics
1984 – 1988



**Palos Verdes High School**
1980 – 1984

## Skills & Endorsements

**Litigation** · 66

Endorsed by **Ben Mohandesi** and 8 others who are highly skilled at this

Endorsed by 20 of Eric T.'s colleagues at Reed Smith LLP

**Class Actions** · 39

Endorsed by **Ben Mohandesi**, who is highly skilled at this

Endorsed by 13 of Eric T.'s colleagues at Reed Smith LLP

**Arbitration** · 35

Endorsed by **Alan Freisleben** and 2 others who are highly skilled at this

Endorsed by 10 of Eric T.'s colleagues at Reed Smith LLP

Show more



Messaging

