UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SEPARATE TRUSTEE FOR PMT NPL FINANCING 2015-1,<br><br>Plaintiff,<br><br>v.<br><br>RENEE ANNA NAJDA, *et al.*<br><br>Defendants,<br><br>v.<br><br>SANTANDER BANK N.A. f/k/a SOVEREIGN BANK,<br><br>Party-in-Interest, | Civil Action No. 1:14-cv-13593-GAO |
| RENEE ANNA NAJDA, *et al.*<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE BENEFIT OF SWDNSI TRUST SERIES 2010-3, *et al.*<br><br>Counterclaim Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward J. Mikolinski of K&L Gates LLP as counsel of record for Counterclaim-Defendant CitiMortgage, Inc. in the above-captioned matter.

1

Respectfully submitted,

CitiMortgage, Inc.,
By its counsel,

*/s/ Edward J. Mikolinski*
Edward J. Mikolinski (BBO# 687770)
edward.mikolinski@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
T: (617) 951-9067
Dated: March 26, 2020    F: (617) 261-3175

**CERTIFICATE OF SERVICE**

    I, Edward J. Mikolinski, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 26, 2020    */s/ Edward J. Mikolinski*
                                                     Edward J. Mikolinski