UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS SEPARATE TRUSTEE FOR PMT NPL FINANCING 2015-1,<br><br>　　Plaintiff,<br><br>v.<br><br>RENEE ANNA NAJDA *et al.*,<br><br>　　Defendants,<br><br>v.<br><br>SANTANDER BANK N.A. f/k/a SOVEREIGN BANK,<br><br>　　Party-in-Interest,<br><br>RENEE ANNA NAJDA *et. al.*,<br><br>　　Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. AS TRUSTEE FOR THE BENEFIT OF SWDNSI TRUST SERIES 2010-3, *et al.*,<br><br>　　Counterclaim Defendants. | Case No. 14-13593-GAO |

## **NOTICE OF APPEARANCE OF DANIEL M. CURRAN**

Please enter the appearance of Daniel M. Curran of Nelson Mullins Riley & Scarborough LLP, One Financial Center, Suite 3500, Boston, MA  02111 as counsel for Plaintiff Citibank, N.A., not in its individual capacity, but solely as separate trustee for PMT NPL Financing 2015-1 in the above-captioned matter.

                                      Respectfully Submitted,

                                      Plaintiff Citibank, N.A., not in its individual capacity, but solely as separate trustee for PMT NPL Financing 2015-1,

                                      By its attorneys,

                                      */s/ Daniel M. Curran*
                                      Daniel M. Curran, Esq. (BBO #709082)
                                      daniel.curran@nelsonmullins.com
                                      Nelson Mullins Riley & Scarborough LLP
                                      One Financial Center, Suite 3500
                                      Boston, Massachusetts 02111
                                      p. (617) 217-4700
Dated: January 26, 2023                 f.  (617) 217-4710

## CERTIFICATE OF SERVICE

    I, Daniel M. Curran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: January 26, 2023                                      */s/ Daniel M. Curran*
                                                                                Daniel M. Curran